# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                    §
                                          §
Susan Ann Brusveen                        §        Case No. 14-23695
                                          §
                    Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .   The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.    Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.    The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.    The Trustee's proposed distribution is attached as **Exhibit D**.

8.    Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joji Takada, Chapter 7 Trustee_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 14-23695 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |

| Case Name: | Susan Ann Brusveen | | Date Filed (f) or Converted (c): | 06/26/2014 (f) |
| --- | --- | --- | --- | --- |
| | | | 341(a) Meeting Date: | 08/04/2014 |
| For Period Ending: | 04/23/2015 | | Claims Bar Date: | 12/04/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Real Estate | 89,375.00 | 0.00 | | 0.00 | FA |
| 2.  Real Estate | 60,000.00 | 0.00 | | 0.00 | FA |
| 3.  Real Estate | 40,000.00 | 0.00 | | 0.00 | FA |
| 4.  Cash | 200.00 | 0.00 | | 0.00 | FA |
| 5.  Checking Account | 23.08 | 2.08 | | 0.00 | FA |
| 6.  Savings Account | 88.22 | 0.00 | | 0.00 | FA |
| 7.  Checking Account | 446.49 | 0.00 | | 0.00 | FA |
| 8.  Checking Account | 172.37 | 0.00 | | 0.00 | FA |
| 9.  Household Goods Furnishings | 1,800.00 | 0.00 | | 0.00 | FA |
| 10.  Clothing | 200.00 | 200.00 | | 0.00 | FA |
| 11.  Furs Jewelry | 400.00 | 400.00 | | 0.00 | FA |
| 12.  Insurance Policy | 6,614.15 | 0.00 | | 0.00 | FA |
| 13.  Insurance Policy | 293.29 | 293.29 | | 0.00 | FA |
| 14.  Insurance Policy | 162.72 | 162.72 | | 0.00 | FA |
| 15.  IRA ERISA Keough Pension Profit Sharing Plan | 7,594.00 | 7,594.00 | | 0.00 | FA |
| 16.  IRA ERISA Keough Pension Profit Sharing Plan | 118.84 | 118.84 | | 0.00 | FA |
| 17.  IRA ERISA Keough Pension Profit Sharing Plan | 0.00 | 0.00 | | 0.00 | FA |
| 18.  Stock LLC Membership Interest | 0.00 | 0.00 | | 0.00 | FA |
| 19.  Alimony Mainteance Support | 315.84 | 315.84 | | 0.00 | FA |
| 20.  Vehicle | 2,980.00 | 2,980.00 | | 0.00 | FA |
| 21.  Pet | 0.00 | 0.00 | | 0.00 | FA |
| 22.  Vehicle (u) | 0.00 | 4,300.00 | | 9,655.06 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $210,784.00 | $16,366.77 | | $9,655.06 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR prepared/filed. - Joji Takada 12/30/2014

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Primary Residence - Single Family Home<br>6756 Chicago Road, Yorkville, IL 60560 |
| RE PROP # | 2 | -- | Rental property<br>205 E. Brown Street, Earlville, IL |
| RE PROP # | 3 | -- | Rental property-duplex<br>Rental property - 410-416 E. Provost, Amboy, IL 61310 |
| RE PROP # | 4 | -- | Cash on Hand |
| RE PROP # | 5 | -- | Chase-checking account-xxxxx3261 |
| RE PROP # | 6 | -- | Chase-savings account -xxxxx1374 |
| RE PROP # | 7 | -- | The First National Bank in Amboy- checking<br>account - xx7290 |
| RE PROP # | 8 | -- | State Bank of Illinois-Yorkville-checking account -<br>xxxxxx0349 |
| RE PROP # | 9 | -- | Couch,table,chairs,beds,dressers, chairs, lamps and<br>other everyday household furnishings |
| RE PROP # | 10 | -- | Misc. everyday wearing apparel |
| RE PROP # | 11 | -- | Wedding ring |
| RE PROP # | 12 | -- | Horizon Insurance |
| RE PROP # | 13 | -- | Horizon Insurance-Jessica |
| RE PROP # | 14 | -- | Horizon Insurance-Macey |
| RE PROP # | 15 | -- | Thrivent Financial |
| RE PROP # | 16 | -- | Alliance Berstein Municipal Fund |
| RE PROP # | 17 | -- | Monaco Decorating Services, Inc. |
| RE PROP # | 18 | -- | All Day Management LLC- inv. dissolved |
| RE PROP # | 19 | -- | Child Support every 2 weeks received from Dan<br>Brusveen $315.84 |
| RE PROP # | 20 | -- | 2003 Jeep Liberty |
| RE PROP # | 21 | -- | House dogs |
| RE PROP # | 22 | -- | 2007 Ford Explorer--unscheduled asset; Vehicle totaled; Jointly-owned with son. |

Initial Projected Date of Final Report (TFR): 06/26/2015       Current Projected Date of Final Report (TFR): 06/26/2015

Case 14-23695   Doc 39   Filed 04/23/15   Entered 04/23/15 14:24:03   Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document Page 5 of 11

| | |
|---|---|
| Case No: 14-23695 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Susan Ann Brusveen | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9983 |
| | Checking |
| Taxpayer ID No: XX-XXX4326 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/23/2015 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8304 | Transfer of Funds | 9999-000 | $4,784.35 | | $4,784.35 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,774.35 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,784.35 | $10.00 |
| Less: Bank Transfers/CD's | $4,784.35 | $0.00 |
| Subtotal | $0.00 | $10.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $10.00 |

Page Subtotals:          $4,784.35          $10.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Case 14-23695   Doc 39   Filed 04/23/15 Entered 04/23/15 14:24:03   Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document Page 6 of 11

| | |
|---|---|
| Case No: 14-23695 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Susan Ann Brusveen | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8304 |
| | Checking |
| Taxpayer ID No: XX-XXX4326 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/23/2015 | Separate Bond (if applicable): |

**Exhibit B**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/14 | 22 | Country Financial | Insurance proceeds from car accident for 2007 Ford Explorer | 1229-000 | $9,655.06 | | $9,655.06 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,645.06 |
| 10/09/14 | 100001 | Maxwell Brusveen 6756 Chicago Road Yorkville, Illinois 60560 | Payment to joint-owner Non-estate fund paid to third-party | 8500-002 | | $4,827.53 | $4,817.53 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.18 | $4,804.35 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,794.35 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,784.35 |
| 01/26/15 | | Transfer to Acct # xxxxxx9983 | Transfer of Funds | 9999-000 | | $4,784.35 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $9,655.06 | $9,655.06 |
| Less: Bank Transfers/CD's | $0.00 | $4,784.35 |
| Subtotal | $9,655.06 | $4,870.71 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,655.06 | $4,870.71 |

|  |  |  |
|---|---|---|
| Page Subtotals: | $9,655.06 | $9,655.06 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8304 - Checking | $9,655.06 | $4,870.71 | $0.00 |
| XXXXXX9983 - Checking | $0.00 | $10.00 | $4,774.35 |
|  | $9,655.06 | $4,880.71 | $4,774.35 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $9,655.06 |
| Total Gross Receipts: | $9,655.06 |

Page Subtotals:                    $0.00            $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-23695

Debtor Name: Susan Ann Brusveen

Claims Bar Date: 12/4/2014

Date: April 23, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99<br>8500 | Maxwell Brusveen<br>6756 Chicago Road<br>Yorkville, IL 60560 | Administrative | | $0.00 | $0.00 | $4,827.53 |
| 100<br>2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Administrative | | $0.00 | $1,206.88 | $1,206.88 |
| 1<br>300<br>7100 | Heartland Bank And Trust<br>Company<br>O"brien Law Offices Pc<br>Michael A. O"brien<br>124A South County Farm Road<br>Wheaton, Il 60187 | Unsecured | | $0.00 | $40,000.00 | $27,105.18 |
| 2<br>300<br>7100 | Cerastes, Llc<br>C O Weinstein, Pinson And Riley,<br>Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured | | $0.00 | $1,309.14 | $1,309.14 |
| 3<br>300<br>7100 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $58.00 | $58.00 |
| 4<br>300<br>7100 | Bank Of New York As Trustee For<br>Cwalt 2005-73Cb<br>C/O Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, Sc 29603-0826 | Unsecured | | $0.00 | $121,613.79 | $61,613.79 |
| | Case Totals | | | $0.00 | $164,187.81 | $96,120.52 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: April 23, 2015

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-23695
Case Name: Susan Ann Brusveen
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand                                      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Heartland Bank And Trust Company | $ | $ | $ |
| 2 | Cerastes, Llc | $ | $ | $ |
| 3 | N. A. Capital One | $ | $ | $ |
| 4 | Bank Of New York As Trustee For Cwalt 2005-73Cb | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE