# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-23695 |
| Susan Ann Brusveen | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND
## DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date:   5/29/2015
Time:   9:00 A.M.
Location:   Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  4/28/2015         By:   */s/ Joji Takada*
                                              Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
Susan Ann Brusveen                  §       Case No. 14-23695
                                    §
          Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,655.06 |
| and approved disbursements of | $ | 4,880.71 |
| leaving a balance on hand of[1] | $ | 4,774.35 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 1,206.88 | $ 0.00 | $ 1,206.88 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,206.88 |
| Remaining Balance | | $ | 3,567.47 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 90,086.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Heartland Bank And Trust Company | $ 27,105.18 | $ 0.00 | $ 1,073.38 |
| 2 | Cerastes, Llc | $ 1,309.14 | $ 0.00 | $ 51.84 |
| 3 | N. A. Capital One | $ 58.00 | $ 0.00 | $ 2.30 |
| 4 | Bank Of New York As Trustee For Cwalt 2005-73Cb | $ 61,613.79 | $ 0.00 | $ 2,439.95 |

Total to be paid to timely general unsecured creditors                $      3,567.47

Remaining Balance                                                    $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                                        Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-23695-BWB
Susan Ann Brusveen                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster              Page 1 of 2              Date Rcvd: Apr 29, 2015
                              Form ID: pdf006              Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2015.
db            +Susan Ann Brusveen,    6756 Chicago Road,    Yorkville, IL 60560-9690
22659766       Bank of New York as trustee for CWALT 2005-73CB,    c/o Shellpoint Mortgage Servicing,
                P.O. Box 10826,    Greenville, SC 29603-0826
22381582      +CERASTES, LLC,    C O WEINSTEIN, PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
22095555       Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
22516716       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22095556       Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
22095558       Citi Cards,    Processing Center,   Des Moines, IA 50363-0005
22095559      +City of Earlville,    210 W. Railroad Street,    PO Box 98,    Earlville, IL 60518-0098
22095561      +Dan Brusveen,    6861 Chicago Road,    Yorkville, IL 60560-9621
22095562      +Ford Credit Company,    PO Box 542000,    Omaha, NE 68154-8000
22095563      +Heartland Bank,    % O'Brian Law Offices,    124A S. County Farm Road,    Wheaton, IL 60187-4596
22358996      +Heartland Bank and Trust Company,    O'Brien Law Offices PC,    Michael A. O'Brien,
                124A South County Farm Road,    Wheaton, IL 60187-4596
22095565      +Maurices,    PO Box 182789,    Columbus, Ohio 43218-2789
22095566      +Maxwell Brusveen,    6756 Chicago Road,    Yorkville, IL 60560-9690
22095567       Morris Hospital,    Business Office,    150 West High Street,    Morris, IL 60450-1497
22095569       Resurgent Mortgage,    PO Box 1410,    Troy, MI 48099-1410
22095570       Rezin Orthopedics & Sports,    1051 W. USd Route 6,    Suite 100,    Morris, IL 60450-3370
22095571       Rush-Copley Medical Center,    PO Box 352,    Aurora, IL 60507-0352
22095572       Shellpoint Mortgage,    PO Box 10826,    Greenville, SC 29603-0826
22095573      +Susan Brusveen,    6756 Chicago Road,    Yorkville, IL 60560-9690
22095574      +Take Care Health Systems,    16760 Collections Center Drive,    Chicago, IL 60693-0167
22095575      +Tax Lien Investments,    PO Box 329,    112 East 2nd Street,    Dixon, IL 61021-3065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22095560        E-mail/Text: legalcollections@comed.com Apr 30 2015 01:22:51      COMED,   PO Box 6111,
                 Carol Stream, IL 60197-6111
22095557       +E-mail/Text: melanie.barickman@centrue.com Apr 30 2015 01:23:10      Centrue Bank,
                 122 W. Madison,    Ottawa, IL 61350-5017
22095564        E-mail/Text: bnckohlsnotices@becket-lee.com Apr 30 2015 01:20:31      Kohls Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
22095568        E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2015 01:17:32      Old Navy/GECRB,   PO Box 530942,
                 Atlanta, GA 30353-0942
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2015                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2015 at the address(es) listed below:
              Christopher H Purcell    on behalf of Creditor    FORD MOTOR CREDIT COMPANY LLC shermlaw13@aol.com
              Joji Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Joji Takada     trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
              Leslie G Bleifuss    on behalf of Creditor    Heartland Bank and Trust Company % O'Brien Law
               Offices, P.C. lbleifuss@obrienlawoffices.com
              Linda A. Giesen    on behalf of Debtor Susan Ann Brusveen lag@hsdixonlaw.com
              Michael A O'Brien    on behalf of Creditor    Heartland Bank and Trust Company % O'Brien Law
               Offices, P.C. mobrien@obrienlawoffices.com,    pdunne@obrienlawoffices.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

```
District/off: 0752-1          User: gbeemster              Page 2 of 2                  Date Rcvd: Apr 29, 2015
                              Form ID: pdf006              Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rachael A Stokas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-73CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-73CB ND-Two@il.cslegal.com

                                                                                                               TOTAL: 8