UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                §
                                      §
                                      §
Susan Ann Brusveen                    §   Case No. 14-23695
                                      §
          Debtor(s)                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Joji Takada, Chapter 7 Trustee         , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 178,860.01<br>*(Without deducting any secured claims)* | Assets Exempt: 31,923.99 |
| Total Distributions to Claimants: 3,567.47 | Claims Discharged<br>Without Payment: 86,518.64 |
| Total Expenses of Administration: 1,260.06 | |

    3) Total gross receipts of $ 9,655.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,827.53 (see **Exhibit 2**), yielded net receipts of $ 4,827.53 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,260.06 | 1,260.06 | 1,260.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 162,980.93 | 90,086.11 | 3,567.47 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 164,240.99 | $ 91,346.17 | $ 4,827.53 |

    4)  This case was originally filed under chapter 7 on  06/26/2014 .  The case was pending for 13 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/18/2015                    By:/s/Joji Takada, Chapter 7 Trustee
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vehicle | 1229-000 | 9,655.06 |
| **TOTAL GROSS RECEIPTS** | | **$ 9,655.06** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Maxwell Brusveen | Non-Estate Funds Paid to Third Parties | 8500-002 | 4,827.53 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,827.53** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 1,206.88 | 1,206.88 | 1,206.88 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| The Bank of New York Mellon | 2600-000 | NA | 43.18 | 43.18 | 43.18 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,260.06 | $ 1,260.06 | $ 1,260.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Bank Of New York As Trustee For Cwalt 2005-73Cb | 7100-000 | NA | 121,613.79 | 61,613.79 | 2,439.95 |
| 2 | Cerastes, Llc | 7100-000 | NA | 1,309.14 | 1,309.14 | 51.84 |
| 1 | Heartland Bank And Trust Company | 7100-000 | NA | 40,000.00 | 27,105.18 | 1,073.38 |
| 3 | N. A. Capital One | 7100-001 | NA | 58.00 | 58.00 | 2.30 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 162,980.93 | $ 90,086.11 | $ 3,567.47 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-23695 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Susan Ann Brusveen | | | | Date Filed (f) or Converted (c): | 06/26/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/04/2014 |
| For Period Ending: | 07/18/2015 | | | | Claims Bar Date: | 12/04/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate<br><br>Primary Residence - Single Family Home<br>6756 Chicago Road, Yorkville, IL 60560 | 89,375.00 | 0.00 | | 0.00 | FA |
| 2. Real Estate<br><br>Rental property<br>205 E. Brown Street, Earlville, IL | 60,000.00 | 0.00 | | 0.00 | FA |
| 3. Real Estate<br><br>Rental property-duplex<br>Rental property - 410-416 E. Provost, Amboy, IL 61310 | 40,000.00 | 0.00 | | 0.00 | FA |
| 4. Cash<br><br>Cash on Hand | 200.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account<br><br>Chase-checking account-xxxxx3261 | 23.08 | 2.08 | | 0.00 | FA |
| 6. Savings Account<br><br>Chase-savings account -xxxxx1374 | 88.22 | 0.00 | | 0.00 | FA |
| 7. Checking Account<br><br>The First National Bank in Amboy- checking account - xx7290 | 446.49 | 0.00 | | 0.00 | FA |
| 8. Checking Account<br><br>State Bank of Illinois-Yorkville-checking account - xxxxxx0349 | 172.37 | 0.00 | | 0.00 | FA |
| 9. Household Goods Furnishings<br><br>Couch,table,chairs,beds,dressers, chairs, lamps and other everyday household furnishings | 1,800.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-23695 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Susan Ann Brusveen | | | | Date Filed (f) or Converted (c): | 06/26/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/04/2014 |
| For Period Ending: | 07/18/2015 | | | | Claims Bar Date: | 12/04/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Clothing<br><br>Misc. everyday wearing apparel | 200.00 | 200.00 | | 0.00 | FA |
| 11. Furs Jewelry<br><br>Wedding ring | 400.00 | 400.00 | | 0.00 | FA |
| 12. Insurance Policy<br><br>Horizon Insurance | 6,614.15 | 0.00 | | 0.00 | FA |
| 13. Insurance Policy<br><br>Horizon Insurance-Jessica | 293.29 | 293.29 | | 0.00 | FA |
| 14. Insurance Policy<br><br>Horizon Insurance-Macey | 162.72 | 162.72 | | 0.00 | FA |
| 15. IRA ERISA Keough Pension Profit Sharing Plan<br><br>Thrivent Financial | 7,594.00 | 7,594.00 | | 0.00 | FA |
| 16. IRA ERISA Keough Pension Profit Sharing Plan<br><br>Alliance Berstein Municipal Fund | 118.84 | 118.84 | | 0.00 | FA |
| 17. IRA ERISA Keough Pension Profit Sharing Plan<br><br>Monaco Decorating Services, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 18. Stock LLC Membership Interest<br><br>All Day Management LLC- inv. dissolved | 0.00 | 0.00 | | 0.00 | FA |
| 19. Alimony Mainteance Support<br><br>Child Support every 2 weeks received from Dan Brusveen $315.84 | 315.84 | 315.84 | | 0.00 | FA |
| 20. Vehicle<br><br>2003 Jeep Liberty | 2,980.00 | 2,980.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-23695 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Susan Ann Brusveen | | | | Date Filed (f) or Converted (c): | 06/26/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/04/2014 |
| For Period Ending: | 07/18/2015 | | | | Claims Bar Date: | 12/04/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. Pet<br><br>House dogs | 0.00 | 0.00 | | 0.00 | FA |
| 22. Vehicle (u)<br><br>2007 Ford Explorer--unscheduled asset; Vehicle totaled; Jointly-owned with son. | 0.00 | 4,300.00 | | 9,655.06 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $210,784.00  $16,366.77  $9,655.06  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR prepared/filed. - - Joji Takada 5/8/2015

Initial Projected Date of Final Report (TFR): 06/26/2015    Current Projected Date of Final Report (TFR): 06/26/2015

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 14-23695 |
| Case Name: | Susan Ann Brusveen |
| Taxpayer ID No: | XX-XXX4326 |
| For Period Ending: | 07/18/2015 |

| | |
|---|---|
| Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX9983 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8304 | Transfer of Funds | 9999-000 | $4,784.35 | | $4,784.35 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,774.35 |
| 06/04/15 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,206.88 | $3,567.47 |
| 06/04/15 | 1002 | Heartland Bank And Trust Company<br>O"brien Law Offices Pc<br>Michael A. O"brien<br>124A South County Farm Road<br>Wheaton, Il 60187 | Final distribution per court order. | 7100-000 | | $1,073.38 | $2,494.09 |
| 06/04/15 | 1003 | Cerastes, Llc<br>C O Weinstein, Pinson And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Final distribution per court order. | 7100-000 | | $51.84 | $2,442.25 |
| 06/04/15 | 1004 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $2.30 | $2,439.95 |
| 06/04/15 | 1005 | Bank Of New York As Trustee For Cwalt 2005-73Cb<br>C/O Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, Sc 29603-0826 | Final distribution per court order. | 7100-000 | | $2,439.95 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,784.35 | $4,784.35 |
| Less: Bank Transfers/CD's | $4,784.35 | $0.00 |
| Subtotal | $0.00 | $4,784.35 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $4,784.35 |

Page Subtotals: $4,784.35 $4,784.35

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-23695
Case Name: Susan Ann Brusveen
Taxpayer ID No: XX-XXX4326
For Period Ending: 07/18/2015

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX8304
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/14 | 22 | Country Financial | Insurance proceeds from car accident for 2007 Ford Explorer | 1229-000 | $9,655.06 | | $9,655.06 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,645.06 |
| 10/09/14 | 100001 | Maxwell Brusveen 6756 Chicago Road Yorkville, Illinois 60560 | Payment to joint-owner Non-estate fund paid to third-party | 8500-002 | | $4,827.53 | $4,817.53 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.18 | $4,804.35 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,794.35 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,784.35 |
| 01/26/15 | | Transfer to Acct # xxxxxx9983 | Transfer of Funds | 9999-000 | | $4,784.35 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $9,655.06 | $9,655.06 |
| Less: Bank Transfers/CD's | $0.00 | $4,784.35 |
| Subtotal | $9,655.06 | $4,870.71 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,655.06 | $4,870.71 |

Page Subtotals: $9,655.06 $9,655.06

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8304 - Checking | $9,655.06 | $4,870.71 | $0.00 |
| XXXXXX9983 - Checking | $0.00 | $4,784.35 | $0.00 |
|  | $9,655.06 | $9,655.06 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,655.06 |
| Total Gross Receipts: | $9,655.06 |

Page Subtotals:                                    $0.00          $0.00